# Court of Appeals
# of the State of Georgia

ATLANTA,  June 01, 2017

*The Court of Appeals hereby passes the following order:*

**A17I0236. SHELLIELLE S. YOUHOING-NANAN v. THE STATE.**

Shellielle S. Youhoing-Nanan was charged with obstructing an officer. Youhoing-Nanan filed a motion to recuse the trial judge, which was denied on February 6, 2017. On March 6, 2017, Youhoing-Nanan filed this application for interlocutory appeal.[1] The State has filed a motion to dismiss, arguing *inter alia* that Youhoing-Nanan failed to comply with the requisite appellate procedure.

The trial court's order denying Youhoing-Nanan's motion to recuse is interlocutory. See *Murphy v. Murphy*, 322 Ga. App. 829, 831-832 (747 SE2d 21) (2013). An interlocutory order is not appealable without a certificate of immediate review. See OCGA § 5-6-34 (b); *Atlanta Hanggliders & Ultralights, Inc. v. Rountree*, 169 Ga. App. 647, 647 (314 SE2d 679) (1984). Here, Youhoing-Nanan failed to obtain a certificate of immediate review. We thus lack jurisdiction to consider her application for interlocutory appeal. See *Murphy*, supra. Accordingly, the State's motion to dismiss is GRANTED, and this application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/01/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] Youhoing-Nanan filed her application in the Supreme Court, which transferred the matter to this Court.